**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1434**

JOSEPH N. CALLAWAY, Trustee,

             Plaintiff – Appellee,

      v.

KIDDCO, INCORPORATED,

             Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (5:07-cv-00262-F; 04—03490-5-JRL; 06-00028-5-AP)

Submitted:  January 13, 2011          Decided:  February 1, 2011

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nelson G. Harris, HARRIS & HILTON, P.A., Raleigh, North Carolina, for Appellant.  A. Scott McKellar, BATTLE, WINSLOW, SCOTT & WILEY, P.A., Rocky Mount, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kiddco, Inc., appeals from the district court's order upholding the bankruptcy court's determination that the payment of $55,625.27 from the debtor in bankruptcy to Kiddco amounted to an avoidable preference under 11 U.S.C.A. § 547 (West 2004 & Supp. 2010). Our review of the record and the briefs filed by the parties discloses no reversible error. Accordingly, we affirm for the reasons stated by the lower courts. Callaway v. Kiddco, Inc., Nos. 5:07-cv-00262-F; 04-03490-5-JRL; 06-00028-5-AP (E.D.N.C. Mar. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2